AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00307 |
| Michael Fagundes | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 9/27/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Michael Fagundes__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)(Civil Disorder)
18 U.S.C. § 111(a)(1)(Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 1752(a)(1) - (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority)
18 U.S.C. § 1752(a)(2) -(Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings),
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 09/27/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 9/27/24, and the person was arrested on (date) 10/8/24
at (city and state) COSTA MESA, CA.

Date: 10/8/24

*Arresting officer's signature*

DANIEL HOOPS, FBI SPECIAL AGENT
*Printed name and title*